# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:01CR88

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| THOMAS W. HICKS ) | |

**THIS MATTER** is before the Court on the Defendant's motion for the return of property, specifically firearms, seized during the investigation of his case.

On April 15, 2003, the Defendant entered into a plea agreement with the Government which contained a provision in which the Defendant agreed to forfeit to the Government ownership of any and all items seized during the investigation of his case. **Plea Agreement, filed April 15, 2003, ¶18 at 6.** The Agreement also provided that "[f]orfeited firearms will be destroyed." *Id.* As a result, no relief is warranted.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is hereby **DENIED**.

**Signed: January 13, 2006**

Lacy H. Thornburg
United States District Judge